UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG,<br><br>        Plaintiff,<br><br>    v.<br><br>BRUCE IVES, et al.,<br><br>        Defendants. | Case No.  5:15-mc-80172-EJD<br><br>**ORDER DENYING LEAVE TO FILE COMPLAINT** |

Plaintiff Kuang-Bao P. Ou-Young ("Plaintiff") has been deemed a vexatious litigant and is subject to a pre-filing order which requires him to "obtain leave of court before filing any further suits alleging any violations of the federal criminal statutes, pursuant to 18 U.S.C. § 1512(b), 18 U.S.C. § 1512(c), and 18 U.S.C. § 371, and the FTCA, codified at 28 U.S.C. § 2671 et seq." See Docket Item No. 40, Case No. 3:13-cv-04442-EMC.  Presently before the court is a complaint submitted by Plaintiff.   This court reviews the pleading to "determine whether Plaintiff has stated a potentially cognizable claim in a short, intelligible and plain statement."  Id.

Plaintiff seeks to bring claims against two individuals, Bruce Ives and F. Joseph Warin, for "fabrication" in violation of 18 U.S.C. § 1512(c) and "intimidation" in violation of 18 U.S.C. § 1512(b).  But as has been explained previously in response to identical pleadings submitted by Plaintiff, these particular claims "fall squarely within the above-referenced order requiring pre-filing review" and, in any event, are criminal statutes that do not provide for a private cause of

1

Case No.: 5:15-mc-80172-EJD
ORDER DENYING LEAVE TO FILE COMPLAINT

action.  See Docket Item No. 2, Case No. 5:15-mc-80149-BLF.

The court therefore finds that the instant claims are barred by the pre-filing order. Accordingly, leave to file the Complaint is DENIED.

**IT IS SO ORDERED.**

Dated:  June 23, 2015



EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-mc-80172-EJD
ORDER DENYING LEAVE TO FILE COMPLAINT

2